# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MITTS,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant.<br>_____/ | CASE NO. 1:12-cv-01284-AWI-SAB<br><br>ORDER RE STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF'S CONFIDENTIAL BRIEF<br><br>(ECF No. 14.) |

Plaintiff Timothy Mitts ("Plaintiff") filed a stipulation seeking a 35 day extension of time to submit a confidential brief. (ECF No. 14.) Plaintiff's brief is currently due January 25, 2013. Plaintiff seeks a 35 day extension to March 1, 2013.

The Court's August 10, 2012 scheduling order informed the parties that they may stipulate to a single thirty day extension of any part of the scheduling order without the Court's approval. (Scheduling Order ¶ 12.) However, the scheduling order expressly states that any other modification beyond the single thirty day extension must be made by written motion, will only be granted for good cause and will not be routinely granted. ( Scheduling Order ¶¶ 13-14.)

Accordingly, the Court will partially grant the request for an extension of time and grant Plaintiff an extension of **thirty (30)** days, making Plaintiff's brief due on February 25, 2013. Any request for additional time must be made by written motion demonstrating good cause.

/ / /

/ / /

/ / /

1

1  It is HEREBY ORDERED that Plaintiff's request for an extension of time is PARTIALLY
2 GRANTED.  Plaintiff's confidential brief shall be served on Defendant no later than February 25,
3 2013.
4  IT IS SO ORDERED.
5  Dated:   **January 17, 2013**                             /s/ **Stanley A. Boone**
                                                              UNITED STATES MAGISTRATE JUDGE